## Commonwealth *v.* Lare, Appellant.

Before BLOOM, J.

Argued December 9, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District

722

Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.